1  McGREGOR W. SCOTT
   United States Attorney
2  JILL M. THOMAS
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-MJ-00055 EFB |
| Plaintiff, | ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS COMPLAINT |
| v. | |
| KEVIN BARKER, | |
| Defendant. | |

**ORDER**

For the reasons set forth in the motion to dismiss filed by the United States, **IT IS HEREBY ORDERED** that:

The Complaint in Case No. 2:18-MJ-00055 EFB as to defendant Kevin Barker is hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a) without prejudice.

Dated: March 15, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE